[No. 8196.   Department One.   December 16, 1909.]

LUELLA WINGARD, *Respondent*, v. CHARLES LEO WINGARD, *Appellant*.[1]

DIVORCE—CUSTODY OF CHILDREN—WELFARE OF CHILD. An order awarding the custody of a daughter fourteen years of age to the mother, upon a divorce, will not be disturbed when in harmony with the welfare of the child.

Appeal from an order of the superior court for Walla Walla county, Brents, J., entered March 17, 1909, denying a motion to vacate an order awarding the custody of a minor to her mother. Affirmed.

*Cain & Hurspool*, for appellant.

*H. S. Blandford*, for respondent.

GOSE, J.—This suit is waged between divorced parents, over the custody of their daughter, of the age of fourteen years. The trial court, after according a full hearing to the respective parties, awarded the custody to the mother. The father has appealed.

An attentive consideration of the evidence has convinced

[1]Reported in 105 Pac. 833.

us that the judgment is in harmony with the welfare of the child.  This is the controlling consideration in questions of this character.  The daughter has reached an age when she should not be deprived of the society, influence, and guidance of her mother unless reasons of the gravest character demand it.  Such reasons do not now exist.  Neither a review of the evidence nor a statement of its general tenor would serve any useful purpose.  Our conclusion is, upon all the facts, that the judgment should be affirmed, and it is so ordered.

RUDKIN, C. J., FULLERTON, CHADWICK, and MORRIS, JJ., concur.